U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB - 9 2018

TONY R. MOORE, CLERK
BY: _____/MB_____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 18-cr-00008 |
| VERSUS | : | JUDGE DRELL |
| ROBERT REID TAYLOR | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. 12], and in the transcript previously filed herein, [Doc. 7] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. 5], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **ROBERT REID TAYLOR** on February 7, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Alexandria, Louisiana this 9th day of February, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE